# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# COLUMBUS DIVISION

RUBIN BENDER, individually and in )
a representative capacity on behalf of )
a class of all persons similarly situated, )
)
)
Plaintiff, )
) CASE NO. 4:11-CV-027-CDL
vs. )
)
)
UNITED INSURANCE COMPANY OF )
AMERICA )
)
Defendant. )

## AGREED ORDER GRANTING JOINT MOTION TO DISMISS

The Court, having considered the Joint Motion to Dismiss filed by Plaintiff Rubin Bender ("Bender") and Defendant United Insurance Company of America ("United"), is of the opinion that said motion should be GRANTED.

Accordingly, the Court ORDERS, ADJUDGES, and DECREES that:

1. All of Bender's individual claims in this lawsuit are dismissed with prejudice;

2. All of Bender's representative claims on behalf of the putative class are dismissed without prejudice;

3. All costs of Court are taxed against the parties incurring same; and

4. This is a FINAL JUDGMENT disposing of all claims. Any relief requested in this lawsuit that has not been expressly granted is hereby denied.

SO ORDERED, this 2nd day of May, 2012.

s/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE